

**ORDERED in the Southern District of Florida on April 24, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Maria I. Priedes                                    Case No: 15-10889-AJC

                                                             Chapter 13
_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF ALLY BANK

**THIS MATTER** having come to be heard on this 21st day of April, 2015 upon Debtor's Objection to Claim of Ally Bank (claim #5) and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to the proof of claim of Ally Bank (claim #5) is SUSTAINED.

2. The arrearages on the proof of claim are stricken as the creditor is being paid directly outside the plan.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.